IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BAYON DEJESUS HUDSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-343 (MTT) |
| Captain KEVIN DAVIS, *et al.*, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 21). The Magistrate Judge, having reviewed the Defendants' motion to dismiss complaint (Doc. 13), recommends granting the motion because the Plaintiff failed to exhaust his available administrative remedies pursuant to 42 U.S.C. § 1997e(a). The Plaintiff did not file an objection to the Recommendation and does not contest that he failed to exhaust his administrative remedies. The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the Order of this Court. The Defendants' Motion is **GRANTED**, and the Plaintiff's complaint is **DISMISSED without prejudice**.

**SO ORDERED**, this the 30th day of June, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT